## FIRST NAT. BANK v. ADA MUSIC CO. et al.

No. 14066—Opinion Filed March 13, 1923.

(Syllabus.)

Appeal and Error — Delay in Filing — Dismissal.

Where an appeal is taken from an order dissolving a garnishment, and the appeal is not lodged in this court within 30 days from the date of the order, the appeal will be dismissed.

Error from District Court, Pontotoc County; J. W. Bolen, Judge.

Action by First National Bank of Oklahoma City against Ada Music Co. et al. From order dissolving garnishment, plaintiff brings error. Dismissed.

Wilson, Tomerlin & Threlkeld, for plaintiff in error.

Thos. P. Holt, B. F. McCauley, and Gus Cunningham, for defendant in error.

PER CURIAM. This is an appeal from an order of the lower court dissolving a garnishment. The garnishment was dissolved on the 17th day of July, 1922, and the appeal was filed in this court on the 22nd day of August, 1922. The appeal not having been filed within 30 days as provided by section 809, Comp. Stat. 1921, same is dismissed. Bank v. Spink, 21 Okla. 468, 97 Pac. 1019.

## In re GUARDIANSHIP of BARNETT. PERRYMAN v. BARNETT.

No. 13777—Opinion Filed March 13, 1923.

(Syllabus.)

Appeal and Error — Moot Questions — Dismissal.

Where the questions involved in an appeal have become moot pending the appeal, the appeal will be dismissed.

Error from District Court, Muskogee County; Guy F. Nelson, Judge.

Action by Jackson Perryman to have Audrey Barnett adjudged incompetent, and for appointment of guardian. From action of district court affirming judgment of county court, refusing to adjudge defendant an incompetent, plaintiff has appealed. Dismissed.

Chas. O'Connor and J. F. Wisdom, for petitioner and plaintiff.

E. C. Motter and Chas. F. Runyan, for respondent.

PER CURIAM. This is an action prosecuted by Jackson Perryman to have Audrey Barnett adjudged an incompetent and to have a guardian appointed. The county court of Muskogee county refused to adjudge Audrey Barnett an incompetent and dismissed the petition. Perryman appealed to the district court of Muskogee county, where the judgment of the county court was affirmed, and he has now appealed to this court.

After the judgment of the district court was rendered, and on the 8th day of May, 1922, the county court of Muskogee county, upon the petition of James Simmons, adjudged Audrey Barnett an incompetent and appointed Raymond W. Nelson guardian.

The question involved in this appeal is the competency or incompetency of Audrey Barnett, and this having been settled pending the appeal by the judgment of the county court of Muskogee county, the same has become moot, and the appeal is dismissed. Greer County Election Board v. Elliott, 26 Okla. 546, 109 Pac. 731.